# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 9, 2025

## NO. 03-24-00728-CV

**8Fig, Inc., Appellant**

**v.**

**Creative Arcades, LLC; COD USA, Inc.; and Brian Horowitz, Appellees**

---

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE KELLY

This is an appeal from the final judgment signed by the trial court on October 15, 2024. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.